Henderson L. **HINTON**, Plaintiff–Appellant,

v.

Charles **REAVIS**; Mac Manning, Sheriff; Jerry Leggett; William Johnson; Alex Holman, Deputy; Mark McClish, Deputy; Jeff Frazier, Sheriff; Charlie Hasty, Jr., Lieutenant; Bobby Martin, Jr., Lieutenant, Defendants–Appellees,

and

George Edward Bell Holding; John Howarth Bennett; Donnie Harrison, Sheriff; Allen Moore, Administrator; Captain Williams; Lieutenant Alford; Sergeant Champion; Sergeant Lucas, Defendants.

No. 10–6967.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2011.

Decided: Feb. 14, 2011.

Henderson L. Hinton, Appellant Pro Se. Matthew Fesak, Rudolf A. Renfer, Jr., Edward D. Gray, Assistant United States Attorneys, Raleigh, North Carolina; William L. Hill, James Demarest Secor, III, Frazier, Franklin, Hill & Fury, RLLP, Greensboro, North Carolina, for Appellees.

Before WILKINSON, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

648

PER CURIAM:

Henderson L. Hinton appeals the district court's judgment dismissing his 42 U.S.C. § 1983 (2006) and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) action against Defendants and has moved for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Hinton's motion for appointment of counsel and affirm the district court's judgment. *See Hinton v. Reavis*, No. 5:07–ct–03057–D (E.D.N.C. May 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*